Argued June 19, affirmed June 19, 1972

NORMAN RADABAUGH, *Appellant, v.*
CUPP (No. 70552), *Respondent.*

497 P2d 1213

*Ken C. Hadley*, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Robert L. Misner*, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.